

Order Filed on
11/1/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>IB689 | |
| In Re:<br><br>PETER MAVROOKAS<br><br><br>Debtor. | Case No.: 11-24322 MBK<br><br>Adv. No.:<br><br>Hearing Date: October 17, 2011<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO CURE POST PETITION DEFAULT AND
PROVIDING FOR ADEQUATE PROTECTION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 11/1/2011**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: PETER MAVROOKAS
Case No: 11-24322 MBK
Caption of Order: **ORDER TO CURE POST PETITION DEFAULT AND PROVIDING FOR ADEQUATE PROTECTION**

---

Upon the motion of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC., under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property known as **#6 ROUTE 537 WEST, COLTS NECK, NJ 07722** as set forth in the motion papers, and the Debtor having been found five (5) months in arrears outside of the Chapter 13 Plan in the total amount of $95,333.30 and due for default interest from June 6, 2011 through October 13, 2011 in the total amount of $31,812.44 for a total delinquency of $127,145.74, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor shall make a payment of $95,333.30 in certified funds towards missed monthly payments in Secured funds no later than October 21, 2011, with no further grace period.

2. The Debtor shall cure the remaining arrears in the amount of $31,812.44 in certified funds over six (6) months by making an additional payment of $5,302.07 along with Debtor's regular mortgage payment beginning November 2011 through and including April 2012.

2. The Debtor shall make regular monthly payments in a timely manner, commencing with the November 2011 payment.

**(Page 3)**
Debtor: PETER MAVROOKAS
Case No: 11-24322 MBK
Caption of Order: **ORDER TO CURE POST PETITION DEFAULT AND PROVIDING FOR ADEQUATE PROTECTION**
_____

    3.    Thereafter, Debtor shall continue to make regular monthly payments on a timely basis.

    4.    The Debtor shall pay Movant's attorney's fees and costs in connection with this application in the amount of $500.00, with said amount to be paid directly to BAYVIEW LOAN SERVICING, LLC. Said payment should be separate and clearly identified and received no later than November 30, 2011, with no further grace period.

    5.    In the event the Debtor is in default pursuant to the terms and conditions of this Order for a period of 30 days, with the exception of paragraph 1 and 4, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then upon notice to the Court, Trustee, Debtor and the Debtor's attorney, the stay will be vacated.

    6.    The Court shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the motion.

    **FURTHER ORDERED** that any conversion of said bankruptcy to another chapter shall not impede upon the ability of the secured creditor to continue with its State Court action.

*Approved by Judge Michael Kaplan November 01, 2011*